```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                         CASE NO. 07 B 02697
   LATINA TERRY
                                               CHAPTER 13

                                               JUDGE: JACQUELINE P COX

         Debtor
   SSN XXX-XX-5817

--------------------------------------------------------------------------------
                     TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
      The case was filed on 02/16/2007 and was confirmed 07/16/2007.

      The plan was confirmed to pay secured creditors 100% and unsecured
   creditors 100.00%.

      The case was dismissed after confirmation 10/06/2008.
--------------------------------------------------------------------------------
   CREDITOR NAME            CLASS           CLAIM AMOUNT    INTEREST       PRINCIPAL
                                                             PAID            PAID
--------------------------------------------------------------------------------
   CHASE AUTO FINANCE       SECURED VEHIC    2042.67         99.33         1179.27
   BANK OF NEW YORK         CURRENT MORTG        .00           .00             .00
   BANK OF NEW YORK         MORTGAGE ARRE   20095.62           .00         6135.94
   PORTFOLIO RECOVERY       UNSECURED         835.21           .00             .00
   WELLS FARGO              UNSECURED       NOT FILED          .00             .00
   DISCOVER CARD            UNSECURED       NOT FILED          .00             .00
   ADVOCATE CHRIST MEDICAL  UNSECURED       NOT FILED          .00             .00
   NICOR GAS                UNSECURED       NOT FILED          .00             .00
   SEARS/CBSD               UNSECURED       NOT FILED          .00             .00
   SEARS                    UNSECURED       NOT FILED          .00             .00
   CHASE AUTO FINANCE       NOTICE ONLY     NOT FILED          .00             .00
   ILLINOIS DEPT OF REVENUE UNSECURED            .00           .00             .00
   ROBERT J SEMRAD & ASSOC  DEBTOR ATTY      2,336.50                      2,336.50
   TOM VAUGHN               TRUSTEE                                          748.96
   DEBTOR REFUND            REFUND                                         2,100.00

      Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                           RECEIPTS           DISBURSEMENTS
--------------------------------------------------------------------------------
   TRUSTEE                 12,600.00

   PRIORITY                                           .00
   SECURED                                       7,315.21
      INTEREST                                      99.33
   UNSECURED                                          .00
   ADMINISTRATIVE                                2,336.50
   TRUSTEE COMPENSATION                            748.96
   DEBTOR REFUND                                 2,100.00
                           --------------      --------------
   TOTALS                  12,600.00             12,600.00

                    PAGE  1 - CONTINUED ON NEXT PAGE
          CASE NO. 07 B 02697 LATINA TERRY
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                  /s/ Tom Vaughn
Dated: 01/26/09                   _____
                                  TOM VAUGHN
                                  CHAPTER 13 TRUSTEE
```

                              PAGE   2
       CASE NO. 07 B 02697 LATINA TERRY